**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN DALY, individually and on behalf of all others similarly situated | Case No.: 1:24-cv-01267 |
| Plaintiff, | **MOTION FOR LEAVE TO FILE** **FIRST AMENDED COMPLAINT** |
| v. | |
| THE WONDERFUL COMPANY LLC | |
| Defendant. | |

## <u>MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>

Now comes the Plaintiff, John Daly ("Plaintiff"), by and through his attorneys, and for his Motion for leave to file his First Amended Complaint against the Defendant, THE WONDERFUL COMPANY, LLC ("Defendant"). In support thereof, Plaintiff states as follows:

1.      During or about the period from April to present, Plaintiff's Counsel, has been contacted by individuals from multiple different states who seek representation for their purchase of Defendant's Fiji water products.

2.      Plaintiff seeks leave to file his First Amended Complaint to add Perry A. Bruno, Jeana Drish, Angrie Espinoza, and Moussa Kouyate as Plaintiffs and causes of action for violations of Pennsylvania Unfair Trade Practices and Consumer Protection Law, Nevada Deceptive Trade Practices Act, NRS 598, *et seq.*, and New York General Business Law  ("G.B.L") §§ 349, 350 resulting from the illegal actions of Defendant, in intentionally labeling its Products as Natural Artisan Water, when they contain microplastics..

3.      The additional causes of action are based upon the additional Plaintiffs' purchase of Defendant's Fiji water products.

4.     Plaintiff's proposed First Amended Complaint also includes additional factual information regarding the additional Plaintiffs' purchases and allegations regarding Defendant's violations of the law.

5.     Plaintiff does not seek to amend his complaint for any undue purpose or delay, but instead seeks to protect the rights of other consumers who purchased Defendant's products and seek to join Plaintiff's lawsuit.

6.     Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave [to amend a pleading] when justice so requires."

7.     A copy of Plaintiff's Proposed First Amended Complaint is attached to the filing of this Motion.

8.     Prior to the filing of this Motion, counsel for Plaintiff conferred with counsel for Defendant, who advised that Defendant does not object to the relief requested in this Motion on the condition that Defendant is provided with 28 days to respond to the Amended Complaint.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an order granting Plaintiff leave to file his First Amended Complaint, granting Defendant 28 days to respond to the amended complaint, and granting such further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

JOHN DALY

/s/ Steven G. Perry
Attorney for Plaintiffs
Illinois Attorney No. 6330283
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, Illinois 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on July 30, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>/s/ Steven G. Perry</u>
Attorney for Plaintiff