## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Daly

                         Plaintiff,

v.                                               Case No.: 1:24–cv–01267
                                                           Honorable Matthew F. Kennelly

The Wonderful Company LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file an amended complaint [23] is granted without objection. Plaintiff should now file the amended complaint as a separate docket entry. Response to amended complaint is to be filed by 8/28/2024. The case is set for a telephonic status hearing on 9/6/2024 at 8:55 AM, using call–in number 650–479–3207, access code 980–394–33. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.