## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Daly, et al.

                        Plaintiff,

v.                                        Case No.: 1:24−cv−01267
                                                  Honorable Matthew F. Kennelly

The Wonderful Company LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 18, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to dismiss the complaint [16] is moot based on plaintiffs' filing of an amended complaint. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.