IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DALY, PERRY A. BRUNO, JEANA DRISH, ANGIE ESPINOZA, and MOUSSA KOUYATE, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE WONDERFUL COMPANY LLC<br><br>Defendant. | Case No.: 1:24-cv-01267<br><br>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Now comes the Plaintiffs, John Daly, Perry A. Bruno, Jeana Drish, Angie Espinoza, and Moussa Kouyate ("Plaintiffs"), by and through their attorneys, and for their Motion for leave to file their Second Amended Complaint against the Defendant, The Wonderful Company, LLC ("Defendant"). In support thereof, Plaintiffs state as follows:

1. This Honorable Court dismissed Plaintiffs First Amended Complaint because it did not contain supporting allegations for the claim that Defendant's Fiji bottled water products (the "Products") contain microplastics. See Dkt. No. 41 p. 14.

2. Plaintiffs' proposed Second Amended Complaint includes additional supporting allegations for their claim that the Products contain microplastics.

3. Plaintiffs do not seek to amend their First Amended Complaint for any undue purpose or delay, but instead seeks to protect the rights of Plaintiffs and other consumers.

4. Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave [to amend a pleading] when justice so requires."

5. Justice requires this Court to grant Plaintiffs leave to file the Second Amended Complaint because it contains additional allegations supporting the claims that Defendant's Products are contaminated with microplastics. Leave to file an amended complaint should be granted so long as is it not sought for reasons such as undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party by virtue of the allowance of the amendment, [or] futility of amendment. *McDaniel v. Loyola Univ. Med. Ctr.*, 317 F.R.D. 72, 76 (N.D. Ill. 2016), quoting *Barry Aviation, Inc. v. Land O'Lakes Mun. Airport Comm'n*, 377 F.3d 682, 687 (7th Cir. 2004). See also *Patrick v. City of Chicago*, 103 F.Supp.3d 907, 916 (N.D. Ill. 2015); *Bogie v. Rosenberg*, 705 F.3d 603, 608 (7th Cir. 2013) ("When a complaint fails to state a claim for relief, the plaintiff should ordinarily be given an opportunity, at least upon request, to amend the complaint to correct the problem if possible.").

6. Plaintiffs' arguments in support of their Motion for Leave are more fully explained in the attached Memorandum in Support.

7. On March 19, 2025, Plaintiffs' Counsel met and conferred with Defendant's Counsel regarding Defendant's intended response to Plaintiff's Motion for Leave. Defendant's Counsel indicated that Defendant intends to oppose Plaintiffs' Motion for Leave.

8. A copy of Plaintiff's Proposed Second Amended Complaint is attached to the filing of this Motion as Exhibit A.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter an order granting Plaintiffs leave to file their Second Amended Complaint, granting Defendant 28 days to respond to the amended complaint, and granting such further relief as the Court deems appropriate.

                                       RESPECTFULLY SUBMITTED,

                                       JOHN DALY, PERRY A. BRUNO,

JEANA DRISH, ANGIE ESPINOZA,

and MOUSSA KOUYATE

/s/ Steven G. Perry
Attorney for Plaintiffs
Illinois Attorney No. 6330283
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, Illinois 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 20, 2025, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Steven G. Perry
Attorney for Plaintiff